UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ PALOMAR, II,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:23-cv-02329-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND<br><br>(Doc. No. 16) |

Plaintiff Ruiz Palomar II is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2025, the assigned magistrate judge issued findings and recommendations recommending Plaintiff's second amended complaint be dismissed without leave to amend for failure to state a claim. (Doc. No. 16.) The magistrate judge found that despite being advised of deficiencies in his original and first amended complaint, Plaintiff did not remedy the identified issues in his second amended complaint. (*Id*. at 4–5.) Specifically, the magistrate judge found Plaintiff attempted to improperly join multiple unrelated claims against multiple defendants and included allegations concerning conduct that occurred well outside the applicable statute of limitations. (*Id*.) The magistrate judge also found Plaintiff failed to adequately plead Defendants Governor Gavin Newsom and former Secretary Kathleen Allison personally participated in the

1  alleged violations against Plaintiff. (*Id*. at 5.) The pending findings and recommendations were
2  served on Plaintiff and contained notice that any objections thereto were to be filed within
3  twenty-one (21) days after service. (*Id*. at 6.)

4      On April 23, 2025, Plaintiff filed objections to the pending findings and
5  recommendations. (Doc. No. 17.) In his objections, Plaintiff does not meaningfully address the
6  magistrate judge's findings and recommendations. (*Id*.) Instead, Plaintiff raises concerns about
7  consenting to magistrate judge jurisdiction and asserts Defendants confiscated his administrative
8  appeals to hinder his case. (*Id*.) Thus, Plaintiff's objections do not provide a basis upon which to
9  reject the findings and recommendations.

10     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
11 *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's
12 objections, the court concludes that the findings and recommendations are supported by the
13 record and by proper analysis.

14     Accordingly,

15     1.    The findings and recommendations issued on March 27, 2025 (Doc. No. 16) are
16         ADOPTED in full;
17     2.    Plaintiff's second amended complaint (Doc. No. 15) is DISMISSED without leave
18         to amend for failure to state a claim; and
19     3.    The Clerk of the Court is directed to close this case.

21     IT IS SO ORDERED.

22 Dated:  **June 24, 2025**

Dena Coggins
United States District Judge

2